**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-EASTERN DISTRICT**

In the Matter of:

Antar Alkadi

    Debtor(s).

_____/

Case No. 10-42597
Chapter 7
Honorable Thomas J. Tucker

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$611.98** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. Community Alliance Credit Union<br>c/o Butler, Butler & Rowse Oberle<br>24525 Harper Avenue, Suite Two<br>St. Clair Shores, MI 48080 | 6 | **$611.98** |
| | Total: | **$611.98** |

Dated: June 23, 2011

/s/ Michael A. Stevenson
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034
mstevenson@sbplclaw.com